FILED

11 OCT 25 AM 11: 15

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 89CR0855-B |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO DISMISS INDICTMENT |
| | ) | |
| | ) | |
| CARLOS CARRASCO (6), | ) | |
| | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed in the interests of justice and without prejudice. Any outstanding arrest warrant shall be recalled.

DATED: 10-24-11.

HONORABLE RUDI M. BREWSTER
UNITED STATES DISTRICT COURT JUDGE